**Order entered July 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00913-CV

### SHEIK TEHUTI, Appellant

### V.

### ATMOS ENERGY CORP, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12135**

## ORDER

We **DENY** appellant's July 17, 2014 "Notice and Demand" and July 21, 2014 motion to vacate and declaratory relief.


/s/    ELIZABETH LANG-MIERS
        JUSTICE